## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LISA MURPHY**                                                                                                    **PLAINTIFF**
ADC #760343

**v.**                                        **CASE NO. 3:21-CV-00010-BSM**

**P. MALOTT,** *et al.*                                                                                  **DEFENDANTS**

## ORDER

  Having reviewed the entire record *de novo*, Magistrate Judge Beth Deere's recommended disposition [Doc. No. 4] is adopted.  Accordingly, Lisa Murphy's claims are dismissed without prejudice.

  IT IS SO ORDERED this 8th day of March, 2021.


_____
UNITED STATES DISTRICT JUDGE