# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LISA MURPHY**                                                                                                    **PLAINTIFF**
ADC #760343

v.                                    CASE NO. 3:21-CV-00010-BSM

**P. MALOTT,** *et al.*                                                                                           **DEFENDANTS**

## JUDGEMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 8th day of March, 2021.


                                                                        _____
                                                                        UNITED STATES DISTRICT JUDGE